UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| VICTOR GARCIA, | ) CV 09-5003-GHK (SH) |
|                  Petitioner, | ) JUDGMENT |
| v. | ) |
| LARRY SMALL, | ) |
|                  Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: March 11, 2010

GEORGE H. KING
UNITED STATES DISTRICT JUDGE